# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TRACIE TURNER**                                                                          **PLAINTIFF**

**VS.**                                         **CASE NO. 3:16CV00170 PSH**

**NANCY A. BERRYHILL, Acting Commissioner,**
    **Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this 6th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE